Exhibit A

THE UNITED STATES OF AMERICA

CERTIFICATE OF NATURALIZATION

No. 33901 688

FORM N-550 (REV. 08/10)

DEPARTMENT OF HOMELAND SECURITY

Personal description of holder
as of date of naturalization:

Date of birth: OCTOBER 15, 1981

Sex: FEMALE

Height: 5 feet 4 inches

Marital status: MARRIED

Country of former nationality: PAKISTAN



USCIS Registration No. A087295986

I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.

(Complete and true signature of holder)

Be it known that, pursuant to an application filed with the Secretary of Homeland Security

at: HOUSTON, TEXAS

The Secretary having found that:
NILOFAR RAHEEM MOMIN
residing at: FRIENDSWOOD, TEXAS

having complied in all respects with all of the applicable provisions of the naturalization laws of the United States, being entitled to be admitted as a citizen of the United States, and having taken the oath of allegiance at a ceremony conducted by

US DISTRICT COURT OF SOUTHERN TEXAS

at: HOUSTON, TEXAS       on: AUGUST 17, 2011

such person is admitted as a citizen of the United States of America.

Alejandro N Mayorkas, Director

U. S. Citizenship and Immigration Services

# Exhibit B

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | July 27, 2020 |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| I-130, Petition for Alien Relative | A087295986 |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| IOE0909360056 | July 22, 2020 | 1 of 1 |

| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
|---|---|---|
| July 22, 2020 | 201 B INA PARENT OF USC | October 15, 1981 |

NILOFAR R. MOMIN
C/O MERINA SHAKYA QUAN LAW GROUP PLLC
5444 WESTHEIMER RD STE 1700     6  00001120
HOUSTON, TX 77056

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $535.00 |
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $535.00 |
| Total Balance Due: | $0.00 |

RECEIVED

AUG 0 3 2020

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

The I-130, Petition for Alien Relative has been received by our office for the following beneficiaries and is in process:

```
Name                    Date of Birth    Country of Birth   Class (If Applicable)
MOMIN, SHARIFAH         1/11/1956        PAKISTAN
```

Please verify your personal information listed above and immediately notify the USCIS Contact Center if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions, please visit the USCIS Contact Center at www.uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center.

You will be notified separately about any other case you may have filed.

| **USCIS Office Address:** | **USCIS Contact Center Number:** |
|---|---|
| USCIS | (800)375-5283 |
| Nebraska Service Center | ATTORNEY COPY |
| P.O. Box 82521 | |
| Lincoln, NE 68501-2521 |  |



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C  04/01/19

Exhibit C

4/13/2021                                          e-Request

USCIS Response to Coronavirus (COVID-19) (https://www.uscis.gov/about-us/uscis-response-coronavirus-disease-2019-covid-19)

 Official Website of the Department of Homeland Security                              Español (https://www.uscis.gov/es)
Here's how you know  ˅

U.S. Citizenship                                                                    ☰
and Immigration
Services
(https://www.uscis.gov/)

## Outside Normal Processing Time

Do you have a case pending with USCIS that is outside the normal processing time? You can get an idea of how long it will take to process your case on our website a Check Processing Times (https://egov.uscis.gov/processing-times/). For most applications, you can send us an inquiry if your case has been pending longer than the processing time posted.

NOTE: We are actively processing your case if, in the past 60 days, you:

- Received a notice from us about your case,
- Responded to a request for evidence, OR
- Received an online update to your case status.

If your application type is not listed in the processing time table on our website, our goal is to make a decision on your application within 6 months of filing. Please wait six months before submitting an inquiry

If you are a petitioner for an H-2A Temporary Agricultural Worker (https://www.uscis.gov/working-united-states/temporary-workers/h-2a-temporary-agricultural-workers) and your Form I-129 has been pending longer than 15 days and you have not received a decision or a Request for Evidence, you may contact USCIS at (1-800) 375-5283 to inquire about your petition.

If you are a DACA renewal applicant please contact USCIS at (1-800) 375-5283 to inquire on a case pending longer than 105 days.

You may be a member of the class action, *Rosario v. USCIS*, Case No. C15-0813JLR, if USCIS does not adjudicate within 30 days your initial (first) Form I-765, *Application for Employment Authorization*, based on your pending asylum application, AND:

- You are a member of either CASA de Maryland (CASA) or the Asylum Seeker Advocacy Project (ASAP) and are entitled to limited relief under the injunction in *CASA de Maryland Inc. et al. v. Chad Wolf et al.*; or
- You filed your Form I-765 before Aug. 21, 2020, and it has not yet been adjudicated.

Please see the www.uscis.gov/rosario (http://www.uscis.gov/rosario) webpage for further information about the *Rosario* class action and how to investigate the status of your employment authorization application.

### What you'll need

- Receipt Number
- A-Number (if applicable)
- Date when filed
- Application or Petition filed
- Email Address

ALERT: In order to use this self-serve tool a valid email address is required. If you electronically filed your case and have a myUSCIS account, you should instead visit the myUSCIS login page (https://myaccount.uscis.gov/) to submit an inquiry or address change.

### Case Information

Form Number  | I130          ˅ |

Form Sub Type | I130 - U.S. citizen filing for a spouse, parent, or child under 21          ˅ |

Receipt Number  ?

4/13/2021                                                    e-Request

IOE0909360056

Date Filed (MM/DD/YYYY)  ?

07/22/2020

## Applicant or Petitioner Information

First Name

Nilofar

Middle Name (optional)

Raheem

Last Name

Momin

☐No First Name

Please check if you do not have a first name

Date of Birth (MM/DD/YYYY)

10/15/1981

A-Number (optional)   ?

A-

087295986

☐ Member of the U.S. Military, or recently discharged from service, or spouse of a member of the U.S. Military

## Mailing Address

In Care Of for Mailing (optional)

Street Number and Name

4436 Mae St.

Apartment/Floor/Suite (optional)  [ - Select One ˅]

Unit Number (optional)

City

Friendswood

State [ TEXAS                          ˅]

Zip Code

4/13/2021                                              e-Request

77546

## Last Action Taken on Case

Based on the processing time table, you believe the case to be outside normal processing times. Please provide details of the last action that you received on your case in the space below.  ?

Case was received.

## An email address is required in order to receive a response from USCIS and a confirmation of the request

Email Address (example@example.com)

mshakya@quanlaw.com

## Filed By

This form is completed by the [Legal Representative ▾]

My First Name

Merina

My Last Name

Shakya

Firm or Organization Name

Quan Law Group, PLLC

[ SUBMIT ]

## Privacy Act Statement

**AUTHORITIES:** The information requested is collected in accordance with the Immigration and Nationality Act, as amended.

**PURPOSE:** The primary purpose for completing is to respond to your request for assistance with an immigration benefit application, petition, and document.

**ROUTINE USES:** The information provided may be used by and disclosed to DHS personnel and contractors or other agents who need the information to assist in activities related to your inquiry. The information will be shared in accordance with approved routine uses, as described in the associated published system of records notices, available at www.dhs.gov/privacy (http://www.dhs.gov/privacy).

**DISCLOSURE:** Furnishing this information is voluntary. However, failure to provide the requested information may delay or prevent USCIS from responding to your inquiry. Please note that the system will record user information such as Internet Protocol Address and Web Browser type and version upon submission.

Return to Main Inquiry Page (/e-request/Intro.do) View all USCIS Self Service Online Tools (http://www.uscis.gov/tools)

U.S. Citizenship and
Immigration Services
(https://www.uscis.gov/)

in                              🅞                    ▶              ✉

4/13/2021                                                e-Request

uscis)   (https://www.linkedin.com/company/uscis)   (https://www.instagram.com/uscis)   (https://www.youtube.com/uscis)   (https://pu

| Topics | ⌄ |
|---|---|

| Verification | ⌄ |
|---|---|

| Policies | ⌄ |
|---|---|

| Government | ⌄ |
|---|---|

Contact Us (https://www.uscis.gov/about-us/contact-us)

4/13/2021                                  e-Request - Within Normal Processing Time

USCIS Response to Coronavirus (COVID-19) (https://www.uscis.gov/about-us/uscis-response-coronavirus-disease-2019-covid-19)

Official Website of the Department of Homeland Security                              Español (https://www.uscis.gov/es)
Here's how you know   ⌄

U.S. Citizenship
and Immigration
Services
(https://www.uscis.gov/)                                                            ☰

Your application or petition is currently within the posted processing times. An inquiry may not be created at this time. Further
information about recent processing times can be viewed on the uscis.gov webpage.

If you have other questions regarding your application or petition, contact USCIS Customer Service at 1-800-375-5283 or 1-800-
767-1833 (TTY).

Return to Main Inquiry Page (/e-request/) View all USCIS Self Service Online Tools (http://www.uscis.gov/tools)
(http://www.uscis.gov/tools)

(http://www.uscis.gov/tools)
(http://www.uscis.gov/tools)
(http://www.uscis.gov/tools)
(http://www.uscis.gov/tools)
(http://www.uscis.gov/tools)
(http://www.uscis.gov/tools)
(http://www.uscis.gov/tools)
(http://www.uscis.gov/tools)

(http://www.uscis.gov/tools)
(http://www.uscis.gov/tools)
(http://www.uscis.gov/tools)
(http://www.uscis.gov/tools)

U.S. Citizenship and
Immigration Services
(https://www.uscis.gov/)
(http://www.uscis.gov/tools)

(http://www.uscis.gov/tools)
(http://www.uscis.gov/tools)          (https://www.linkedin.com/company/uscis)   (https://www.instagram.com/uscis)   (https://www.you

(http://www.uscis.gov/tools)                                                                                             ⌄

Verification                                                                                                             ⌄

Policies                                                                                                                 ⌄

Government                                                                                                               ⌄

Contact Us (https://www.uscis.gov/about-us/contact-us)

6/15/2021                                                        e-Request

USCIS Response to Coronavirus (COVID-19) (https://www.uscis.gov/about-us/uscis-response-coronavirus-disease-2019-covid-19)

 Official Website of the Department of Homeland Security          Español (https://www.uscis.gov/es)
Here's how you know  ⌄

U.S. Citizenship
and Immigration
Services
(https://www.uscis.gov/)                                                        ☰

## Outside Normal Processing Time

Do you have a case pending with USCIS that is outside the normal processing time? You can get an idea of how long it will take to process your case on our website a Check Processing Times (https://egov.uscis.gov/processing-times/). For most applications, you can send us an inquiry if your case has been pending longer than the processing time posted.

NOTE: We are actively processing your case if, in the past 60 days, you:

- Received a notice from us about your case,
- Responded to a request for evidence, OR
- Received an online update to your case status.

If your application type is not listed in the processing time table on our website, our goal is to make a decision on your application within 6 months of filing. Please wait six months before submitting an inquiry

If you are a petitioner for an H-2A Temporary Agricultural Worker (https://www.uscis.gov/working-united-states/temporary-workers/h-2a-temporary-agricultural-workers) and your Form I-129 has been pending longer than 15 days and you have not received a decision or a Request for Evidence, you may contact USCIS at (1-800) 375-5283 to inquire about your petition.

If you are a DACA renewal applicant please contact USCIS at (1-800) 375-5283 to inquire on a case pending longer than 105 days.

You may be a member of the class action, Rosario v. USCIS, Case No. C15-0813JLR, if USCIS does not adjudicate within 30 days your initial (first) Form I-765, Application for Employment Authorization, based on your pending asylum application, AND:

- You are a member of either CASA de Maryland (CASA) or the Asylum Seeker Advocacy Project (ASAP) and are entitled to limited relief under the injunction in CASA de Maryland Inc. et al. v. Chad Wolf et al.; or
- You filed your Form I-765 before Aug. 21, 2020, and it has not yet been adjudicated.

Please see the www.uscis.gov/rosario (http://www.uscis.gov/rosario) webpage for further information about the Rosario class action and how to investigate the status of your employment authorization application.

## What you'll need

- Receipt Number
- A-Number (if applicable)
- Date when filed
- Application or Petition filed
- Email Address

## Case Information

Form Number [ I130        ⌄ ]

Form Sub Type [ I130 - U.S. citizen filing for a spouse, parent, or child under 21          ⌄ ]

Receipt Number  ?

   IOE0909360056

Date Filed (MM/DD/YYYY)  ?

6/15/2021

e-Request

07/22/2020

## Applicant or Petitioner Information

First Name

Nilofar

Middle Name (optional)

Raheem

Last Name

Momin

☐ No First Name

Please check if you do not have a first name

Date of Birth (MM/DD/YYYY)

10/15/1981

A-Number (optional) ?

A-

087295986

☐ Member of the U.S. Military, or recently discharged from service, or spouse of a member of the U.S. Military

## Mailing Address

In Care Of for Mailing (optional)

Street Number and Name

4436 Mae St.

Apartment/Floor/Suite (optional) [ - Select One ✔]

Unit Number (optional)

City

Friendswood

State [ TEXAS ✔ ]

Zip Code

77546

6/15/2021                                                    e-Request

## Last Action Taken on Case

Based on the processing time table, you believe the case to be outside normal processing times. Please provide details of the last action that you received on your case in the space below.   ?

On August 17, 2020, a request to correct an error on the receipt notice was completed
(SB1216200653TSC)

## An email address is required in order to receive a response from USCIS and a confirmation of the request

Email Address (example@example.com)

mshakya@quanlaw.com

## Filed By

This form is completed by the [Legal Representative ⌄]

My First Name

Merina

My Last Name

Shakya

Firm or Organization Name

Quan Law Group, PLLC

## Security Check

Enter the letters shown below into the box. The letters are not case sensitive.
Can't read the letters? Click the Refresh Image Button for new letters or try the Audio Button.



UUDYQ4

[Audio]  [Refresh Image]

[SUBMIT]

## Privacy Act Statement

**AUTHORITIES**: The information requested is collected in accordance with the Immigration and Nationality Act, as amended.

**PURPOSE**: The primary purpose for completing is to respond to your request for assistance with an immigration benefit application, petition, and document.

**ROUTINE USES**: The information provided may be used by and disclosed to DHS personnel and contractors or other agents who need the information to assist in activities related to your inquiry. The information will be shared in accordance with approved routine uses, as described in the associated published system of records notices, available at www.dhs.gov/privacy (http://www.dhs.gov/privacy).

6/15/2021                                                          e-Request

**DISCLOSURE:** Furnishing this information is voluntary. However, failure to provide the requested information may delay or prevent USCIS from responding to your inquiry. Please note that the system will record user information such as Internet Protocol Address and Web Browser type and version upon submission.

Return to Main Inquiry Page (/e-request/Intro.do) View all USCIS Self Service Online Tools (http://www.uscis.gov/tools)

U.S. Citizenship and
Immigration Services
(https://www.uscis.gov/)

in
iscis)   (https://www.linkedin.com/company/uscis)   (https://www.instagram.com/uscis)   (https://www.youtube.com/uscis)   (https://pu

| Topics | ∨ |
|---|---|

| Verification | ∨ |
|---|---|

| Policies | ∨ |
|---|---|

| Government | ∨ |
|---|---|

Contact Us (https://www.uscis.gov/about-us/contact-us)

12/1/21, 12:48 PM                                                  e-Request

USCIS Response to Coronavirus (COVID-19) (https://www.uscis.gov/about-us/uscis-response-to-covid-19)

 An official website of the United States government                Español (https://www.uscis.gov/es)
Here's how you know ⌄

 **U.S. Citizenship and Immigration Services**                         ≡ Menu
(https://www.uscis.gov/)

# Outside Normal Processing Time

Do you have a case pending with USCIS that is outside the normal processing time? You can get an idea of how long it will take to process your case on our website a Check Processing Times (https://egov.uscis.gov/processing-times/). For most applications, you can send us an inquiry if your case has been pending longer than the processing time posted.

NOTE: We are actively processing your case if, in the past 60 days, you:

Received a notice from us about your case,
Responded to a request for evidence, OR
Received an online update to your case status.

If your application type is not listed in the processing time table on our website, our goal is to make a decision on your application within 6 months of filing. Please wait six months before submitting an inquiry

If you are a petitioner for an H-2A Temporary Agricultural Worker (https://www.uscis.gov/working-united-states/temporary-workers/h-2a-temporary-agricultural-workers) and your Form I-129 has been pending longer than 15 days and you have not received a decision or a Request for Evidence, you may contact USCIS at (1-800) 375-5283 to inquire about your petition.

If you are a DACA renewal applicant please contact USCIS at (1-800) 375-5283 to inquire on a case pending longer than 105 days.

You may be a member of the class action, *Rosario v. USCIS*, Case No. C15-0813JLR, if USCIS does not adjudicate within 30 days your initial (first) Form I-765, *Application for Employment Authorization*, based on your pending asylum application, AND:

You are a member of either CASA de Maryland (CASA) or the Asylum Seeker Advocacy Project (ASAP) and are entitled to limited relief under the injunction in *CASA de Maryland Inc. et al. v. Chad Wolf et al.*; or
You filed your Form I-765 before Aug. 21, 2020, and it has not yet been adjudicated.

Please see the www.uscis.gov/rosario (http://www.uscis.gov/rosario) webpage for further information about the *Rosario* class action and how to investigate the status of your employment authorization application.

## What you'll need

Receipt Number
A-Number (if applicable)
Date when filed
Application or Petition filed
Email Address

## Case Information

Form Number | I130 ▾ |

**Form Sub Type**
| I130 - U.S. citizen filing for a spouse, parent, or child under 21          ▾ |

Receipt Number  ?

    IOE0909360056

Date Filed (MM/DD/YYYY)  ?

    07/22/2020

## Applicant or Petitioner Information

First Name

e-Request

Nilofar

Middle Name (optional)

Raheem

Last Name

Momin

☐ No First Name

Please check if you do not have a first name

Date of Birth (MM/DD/YYYY)

10/15/1981

A-Number (optional)   ?

A-

087295986

☐ Member of the U.S. Military, or recently discharged from service, or spouse of a member of the U.S. Military

Mailing Address

In Care Of for Mailing (optional)

Street Number and Name

4436 Mae St.

Apartment/Floor/Suite (optional)  | - Select One ∨ |

Unit Number (optional)

e-Request

City

Friendswood

State TEXAS

Zip Code

77546

## Last Action Taken on Case

Based on the processing time table, you believe the case to be outside normal processing times. Please provide details of the last action that you received on your case in the space below.   ?

Case was received.

## An email address is required in order to receive a response from USCIS and a confirmation of the request

Email Address (example@example.com)

mshakya@quanlaw.com

## Filed By

This form is completed by the Legal Representative

My First Name

Merina

My Last Name

Shakya

e-Request

Firm or Organization Name

Quan Law Group, PLLC

## Security Check

Enter the letters shown below into the box. The letters are not case sensitive.
Can't read the letters? Click the Refresh Image Button for new letters or try the Audio
Button.



BGYDNK

| Audio | Refresh Image |

| SUBMIT |

## Privacy Act Statement

**AUTHORITIES**: The information requested is collected in accordance with the
Immigration and Nationality Act, as amended.

**PURPOSE**: The primary purpose for completing is to respond to your request for
assistance with an immigration benefit application, petition, and document.

**ROUTINE USES**: The information provided may be used by and disclosed to DHS
personnel and contractors or other agents who need the information to assist in activities
related to your inquiry. The information will be shared in accordance with approved
routine uses, as described in the associated published system of records notices, available
at www.dhs.gov/privacy (http://www.dhs.gov/privacy).

**DISCLOSURE**: Furnishing this information is voluntary. However, failure to provide the
requested information may delay or prevent USCIS from responding to your inquiry.
Please note that the system will record user information such as Internet Protocol Address
and Web Browser type and version upon submission.

Return to Main Inquiry Page (/e-request/Intro.do) View all USCIS Self Service Online Tools (http://www.uscis.gov/tools)

Return to top

**Topics (https://www.uscis.gov/topics)**

**Forms (https://www.uscis.gov/forms)**

**Newsroom (https://www.uscis.gov/newsroom)**

**Citizenship (https://www.uscis.gov/citizenship)**

**Green Card (https://www.uscis.gov/green-card)**

**Laws (https://www.uscis.gov/laws-and-policy)**

**Tools (https://www.uscis.gov/tools)**



U.S. Citizenship and Immigration Services

(https://www.facebook.com/uscis)(https://twitter.com/uscis)(https://www.youtube.com/user/uscis)(https://www.instagram.com/uscis)(https://www.linkedin.com/company/uscis)

## **Contact USCIS (https://www.uscis.gov/about-us/contact-us)**

 (https://www.dhs.gov)

USCIS.gov

e-Request

**An official website of the <u>U.S.</u>
<u>Department of Homeland Security</u>
<u>(https://www.dhs.gov)</u>**

<u>About USCIS (https://www.uscis.gov/about-us)</u>

<u>Accessibility (https://www.uscis.gov/accessibility)</u>

<u>Budget and Performance (https://www.uscis.gov/about-
us/budget-planning-and-performance)</u>

<u>DHS Components (https://www.uscis.gov/website-
policies/dhs-component-websites)</u>

<u>Freedom of Information Act
(https://www.uscis.gov/FOIA)</u>

<u>No FEAR Act Data (https://www.uscis.gov/no-fear-
act/equal-employment-opportunity-data-posted-
pursuant-no-fear-act)</u>

<u>Privacy and Legal Disclaimers
(https://www.uscis.gov/website-policies/privacy-and-
legal-disclaimers)</u>

<u>Site Map (https://www.uscis.gov/sitemap)</u>

<u>Office of the Inspector General
(https://www.oig.dhs.gov/)</u>

<u>The White House (https://www.whitehouse.gov/)</u>

<u>USA.gov (https://www.usa.gov/)</u>

**National
Terrorism
Advisory
System**

| | |
|---|---|
| **From:** | USCIS |
| **To:** | Merina Shakya |
| **Subject:** | Your recent inquiry (receipt #IOE-09-093-60056) |
| **Date:** | Monday, January 10, 2022 9:46:44 AM |

U.S. Department of Homeland Security
2200 Potomac Center Dr
Stop 2425
Arlington,VA 20598-2425

U.S. Citizenship and Immigration Services
Monday, January 10, 2022

Emailed to mshakya@quanlaw.com

Dear Nilofar Momin:

On 12/01/2021, you or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

Person who contacted us:
 -- Shakya, Merina

Caller indicated they are:
 -- Attorney or Authorized Representative

Attorney Name:
 -- SHAKYA, MERINA

Case type:
 -- I130

Filing date:
 -- 07/22/2020

Receipt #:
 -- IOE-09-093-60056

Referral ID:
SR13352103758YSC
Beneficiary (if you filed for someone else):
 -- Information not available

Your USCIS Account Number (A-number):
 -- 087295986

Type of service requested:
 -- Outside Normal Processing Times

The status of this service request is:

Recently, you or your representative contacted USCIS concerning your Form I-130, Petition for Alien Relative, to notify us that you believe your case is outside of our normal processing time. Below is a summary of what we found and how the issue has been or may be resolved.

USCIS makes every effort to process cases within the projected time frames and in the order in which they were received; however, your case has not cleared all required security checks at this time. Until we receive the results of these security checks, we cannot move forward on your case.

We cannot predict when we will receive the results of these security checks. Please be assured that we will make every effort to make a decision in your case as soon as the security checks are complete.

What You Can Do
Please see the Online Services below to check the status of your case.

We hope this information is helpful to you.
----------------------------------
Online Services
We offer many online services and tools to help you find the information you need. Please visit our Web site at www.uscis.gov for information about:
* Using our Case Status Online tool;
* Signing up for case status updates;
* Checking processing times;
* Submitting an e-Request to inquire about certain applications and petitions;
* Using our Office Locator;
* Using InfoPass to schedule an appointment; and
* Downloading forms.

Address Changes
If you move, please provide us with an updated address. For more information about address changes, please visit our Web site at www.uscis.gov/ar-11, and click on: Change Your Address Online.

For More Information
If you do not find the information you need through our online services and need further assistance, you may contact our USCIS Contact Center at 1-800-375-5283 or 1-800-767-1833 (TDD for the hearing impaired).

Exhibit D

From: cisombudsman
To: Merina Shakya
Subject: RE: Update: Ombudsman Request Number 202116735 for Nilofar Momin
Date: Friday, August 20, 2021 9:56:35 AM
Attachments: image005.png
     image006.png

Dear Sir/Madam,

While we understand your concerns, we have determined that this application is at Potomac Service Center and is currently within normal processing time.

Sincerely,

Office of the Citizenship and Immigration Services Ombudsman
U.S. Department of Homeland Security
Washington, DC 20528-0180
Email: cisombudsman@hq.dhs.gov
Web: www.dhs.gov/cisombudsman
/EI

**From:** Merina Shakya <mshakya@quanlaw.com>
**Sent:** Tuesday, August 17, 2021 5:37 PM
**To:** cisombudsman <cisombudsman@HQ.DHS.GOV>
**Subject:** RE: Update: Ombudsman Request Number 202116735 for Nilofar Momin

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Dear Sir/Madam:
The case in which we are seeking your assistance is *not* within the published processing times on the USCIS website. The case, an I-130 petition by a U.S. citizen daughter for her father, was filed on July 22, 2020 (please see attached receipt notice). So it has been pending for **over 12 months**. The posted processing time for such a case at the Nebraska Service Center (where the case is pending) is 1.5-7months. Please see the screenshot below. The USCIS Nebraska Service Center is already adjudicating cases that were filed in Jan 19, 2021.

Therefore, we would request that you please reopen the case.

# Check Case Processing Times

**Select your form number and the office that is processing your case**

*For more information about case processing times and reading your receipt notice, visit the Case Processing Times page.*

Form



I-130 | Petition for Alien Relative

Field Office or Service Center

Nebraska Service Center

**Get processing time**

## Processing time for Petition for Alien Relative (I-130) at Nebraska Service Center



**Estimated time range**

**See table below**

Check your case status

### ℹ How we process cases

This time range is how long it is taking USCIS to process your case from the date we received it. We generally process cases in the order we receive them, and we will update this page each month. The estimated time range displayed is based on data captured approximately two months prior to updating the page. Please note that times may change without prior notice.

We have posted a "Receipt date for a case inquiry" in the table below to show when you can inquire about your case. If your receipt date is before the "Receipt date for a case inquiry", you can submit an "outside normal processing time" service request online.

**+ Read All Lines**

| Estimated time range | Form type | Receipt date for a case inquiry |
|---|---|---|
| 1.5 Months to 7 Months | Permanent resident filing for a spouse or child under 21 | January 19, 2021 |
| 1.5 Months to 7 Months | U.S. citizen filing for a spouse, parent, or child under 21 | January 19, 2021 |
| 7.5 Months to 9.5 Months | U.S. citizen filing for an unmarried son or daughter over 21 | November 03, 2020 |
| 51 Months to 66.5 Months | Permanent resident filing for an unmarried son or daughter over 21 | February 16, 2016 |

Sincerely,



QUAN LAW GROUP

**Merina Shakya,** Attorney at Law
5444 Westheimer Road, Suite 1700, Houston, Texas 77056-5349
Direct: 832-879-2020 / Main: 713-625-9200 / Fax: 713-625-9222
mshakya@quanlaw.com / https://quanlaw.com
YOUR PARTNER IN IMMIGRATION



Confidentiality Notice: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it.

**From:** cisombudsman <cisombudsman@HQ.DHS.GOV>

**Sent:** Tuesday, August 17, 2021 4:25 PM
**To:** Merina Shakya <mshakya@quanlaw.com>
**Subject:** Update: Ombudsman Request Number 202116735 for Nilofar Momin

Dear Sir or Madam,

Thank you for contacting the CIS Ombudsman's Office.  We have reviewed your request for case assistance.

While we understand your concerns, our review indicates that your case is within the published processing times as posted on the U.S. Citizenship and Immigration Services (USCIS) website at https://egov.uscis.gov/processing-times/.  Because your case is currently within processing times, our office will be closing this matter.

If USCIS' Case Inquiry Date has passed 60-days from your receipt date (or if there is no processing time for your form type listed on the USCIS website, but your submission has been pending for longer than six months) you may reply to this email and ask us to reopen your request with the CIS Ombudsman's Office.  Please provide evidence demonstrating your renewed attempts to resolve the matter with USCIS directly.  You may contact USCIS 1) by phone at 1-800-375-5283; or 2) through an online service request (also referred to as a "SRMT") at https://egov.uscis.gov/e-request/displayONPTForm.do?entryPoint=init&sroPageType=onpt.

**CIS Ombudsman cannot help if:**

- Your **case is within posted processing times,** unless there is a statutory or regulatory processing time requirement such as Form I-360 and Form N-400.
- USCIS has **denied an expedite request.**
- You are **seeking legal advice.**
- You are seeking assistance with **an issue that does not involve USCIS.**

Please be mindful that the CIS Ombudsman's Office is independent from USCIS and cannot adjudicate immigration applications or petitions, nor can it serve as a substitute for the legal options offered by USCIS to correct a problem. It is outside the authority of the CIS Ombudsman to grant or reverse the denial of an immigration benefit or a request for expedited processing. You must affirmatively seek such an action from USCIS by filing the appropriate form as advised by them.

To obtain additional information and explore USCIS' Customer Service Tools and Resources, please visit USCIS Tools and Resources | USCIS.

We hope you find this information to be helpful.  Please take our customer satisfaction survey.  Your feedback is important to us.

Sincerely,

Office of the Citizenship and Immigration Services Ombudsman
U.S. Department of Homeland Security
Washington, DC
Phone (toll free): 1-855-882-8100
Phone (local): 202-357-8100
Email: cisombudsman@hq.dhs.gov
Web: www.dhs.gov/cisombudsman
/VV

*The Office of the Citizenship and Immigration Services Ombudsman is an **independent**, **impartial**, and **confidential** resource.  We advocate for a **fair** and **efficient** immigration process.*

**From:**   cisombudsman
**To:**   Merina Shakya
**Subject:**   CIS Ombudsman Request Number 2022036277 for Nilofar Momin
**Date:**   Wednesday, March 30, 2022 12:28:36 PM

Dear Nilofar Momin,

Thank you for submitting a request for case assistance on DHS Form 7001, Case Assistance Form, to the Department of Homeland Security's (DHS) Office of the Citizenship and Immigration Services Ombudsman (CIS Ombudsman).  For your records, a copy of the information you shared with us is below.  If you submitted a separate DHS Form 7001 for your family member(s), please reply to this email and provide the name(s) of your family member(s) and associated CIS Ombudsman Request Number(s) to link your requests together.

### How soon will we take action on your request?

The CIS Ombudsman reviews incoming cases within two business days to identify issues and to prioritize those cases where our intervention may be most effective.  Due to unprecedented processing delays at U.S. Citizenship and Immigration Services (USCIS) and the resulting volume of requests for case assistance we receive, our office is temporarily prioritizing action on requests involving:

- non-receipts of USCIS notices or decisions, such as requests for evidence, appointment notices, or decisions even though USCIS systems indicate that it issued one, or instances where the U.S. Postal Service returned a card to USCIS as non-deliverable;
- noncitizens may "age-out" of eligibility for the requested immigration benefit within 90 days. See Child Status Protection Act (CSPA) for additional information;
- certain cases involving U.S. military personnel and their families;
- instances of clear USCIS error where an application/petition was improperly rejected by USCIS;
- individuals in removal proceedings with a hearing scheduled within 6 months;
- delays with USCIS notifying the U.S. Department of State's National Visa Center of an approved petition; and
- expedite requests approved by USCIS more than 2 months ago.

Our goal is to confer with USCIS on the above case types within 14 business days of assigning the case to an analyst for review.  We will notify you once we receive a response from USCIS.

For other types of requests, our response time may be further delayed.  Please note, if the only issue you are encountering is that your case is outside USCIS' published processing times, it is unlikely that we will be able to provide you with immediate individual case assistance at this time.  We will continue to work with USCIS' leadership to address its lengthy delays—across various form types—as a systemic issue.

If you previously submitted a DHS Form 7001 with our office **and** it remains pending, we will cancel your recent request for case assistance to avoid duplication.

### Reminders:

- **Appeal Rights:  Please be mindful that filing a request for case assistance with the CIS Ombudsman does not protect your appeal rights or extend any USCIS deadlines you may face.** If you received a request for evidence or other notice requesting information, you must respond to USCIS with the requested information within the timeframe noted on the notice, even if you disagree with the request. If you received a denial notice and believe there is clear USCIS error, you should file an appeal or motion to reopen or reconsider, as appropriate, to protect your appeal rights. If you believe there is clear USCIS error, please provide copies of the denial notice, original submission, appeal or motion receipt notice with supporting documentation. See Notice of Appeal or Motion | USCIS and Questions and Answers: Appeals and Motions | USCIS for information.
- **Consent:  We will not be able to communicate with you further, and your request for case assistance will be closed, if we do not receive proper consent from the benefit requestor (i.e., the individual who signed the submitted form to USCIS) or if the protected individual's address or attorney information does not match USCIS systems**.
  - If the benefit requestor did not provide proper consent, or if you did not include a copy of the Form G-28, Notice of Entry or Appearance as Attorney or Representative, when you submitted this request for case assistance, please reply to this email with a scanned copy of Section 12 of DHS Form 7001 or the Form G-28, respectively.
  - **Unrepresented individuals who have applied for, or who were granted, T, U, VAWA, or refugee status** submitting this request *must* submit a wet signature.  In addition, the address for unrepresented individuals must match the address in USCIS systems, and we will communicate with you via U.S. mail only in the future, to comply with confidentiality provisions.  If your address with USCIS is incorrect, you may change it by mailing Form AR-11, Alien's Change of Address Card, to the Vermont Service Center.  See USCIS' Online Change of Address webpage for additional instructions.
  - **Attorneys or accredited representatives** must have previously submitted a properly executed Form G-28 to USCIS.
- **Change of Address:**  If you have moved or plan on moving, you must notify USCIS.  See USCIS' How to Change Your Address webpage for more information.  For most individuals, the easiest way is to visit USCIS' Online Change of Address webpage, where you can submit Form AR-11 and update your address for *all* pending applications or petitions at the same time.  Please note that unless otherwise noted on USCIS' webpage, the mailing of a Form AR-11 *alone* does **not** update your address for any pending application or petition.  The U.S. Postal Service does not forward secure documents such as a permanent resident card or employment authorization document to a new address, so USCIS must receive your new address before it issues a decision or other notice.
- **Emergency travel:**  If you have an urgent need to travel, you may wish to consider applying for an emergency advance parole travel document. For instructions on how to request an emergency advance parole travel document, please view USCIS's website on Emergency Travel. You will need to provide documentation that supports the urgent need for international travel.

Thank you in advance for your patience and understanding.

Sincerely,

Office of the Citizenship and Immigration Services Ombudsman
U.S. Department of Homeland Security
Washington, D.C.
Phone (toll free): 1-855-882-8100
Phone (local): 202-357-8100
Email: cisombudsman@hq.dhs.gov
Web: www.dhs.gov/cisombudsman

*The Office of the Citizenship and Immigration Services Ombudsman is an **independent**, **impartial**, and **confidential** resource. We advocate for a **fair** and **efficient** immigration process.*

| Citizenship and Immigration Services Ombudsman – Case Assistance (DHS Form 7001) | |
|---|---|
| **CIS Ombudsman Request Number:** | 2022036277 |
| **Applicant/Beneficiary/Petitioner** | |
| **Name:** | Nilofar Momin |
| **Contact Information:** | 4436 Mae St.<br><br>Friendswood Texas77546<br><br>Primary E-mail Address (to receive Ombudsman updates): mshakya@quanlaw.com<br>Phone:  7136259200<br>Fax: 7136259222<br>Please Send any future correspondences through the U.S. Postal Service: No |
| **Date of Birth:** | 10/15/1981 |
| **Country of Birth:** | Pakistan |
| **Alien Registration Number:** | A000087087 |
| **Application/Petition Information** | |
| **Application/Petition Information:** | USCIS Receipt Date: 7/22/2020 8:00 AM |
| | USCIS Form: I-130- Petition for Alien Relative |
| | Receipt Number: IOE0909360056 |

| | |
|---|---|
| **Type of Immigration Benefit Sought:** | Nonimmigrant Status (ex. Student): No<br>Immigrant Status (ex. Permanent Residency): Yes<br>Citizenship or Naturalization: No<br>Asylum or Refugee Status: No<br>Interim Benefits (ex. Employment Authorization): No<br>Waiver (ex. Waiver of Grounds of Inadmissibility): No<br>Other (specify): |

| Case Description |
|---|

| | |
|---|---|
| **Reason for Case Assistance Request:** | I am facing or am about to face an immediate adverse action or impact, an emergency or any other type of significant hardship, caused by an action/inaction/delay in processing by USCIS, or a problem that could not be resolved through the normal processes provided for by the USCIS. No<br><br>I am facing a problem not resolved by normal USCIS Processes: (Fill this later when fields are updated from DTaaS).<br><br>I am experiencing processing delays with a case that are beyond anticipated processing times. Yes<br><br>I am incurring or am about to incur significant and unusual costs (including fees for professional representation that are not normally incurred). No<br><br>I have received action or decision that involves clear errors of fact or misapplication of law by USCIS. (Add after new fields updated).<br><br>Other (specify): No |
| **Description:** | This case has been pending since July 22, 2020 and is outside of normal processing timeline by more than 6 months. We sent a service request to the USCIS but received no response. |

| Prior Actions Taken to Remedy the Problem |
|---|

| | |
|---|---|
| | Visited USCIS My Case Status at www.uscis.gov. Yes<br><br>Contacted the National Customer Service Center (NCSC) for information and/or assistance regarding this case at their toll-free number 1-800-375-5283. Yes<br><br>SR13352103758YSC<br><br>Attended an InfoPass Appointment with USCIS. No<br><br><br>Sent email to USCIS   No |

| | |
|---|---|
| **Prior Actions Taken to Remedy the Problem:** | Contacted a U.S. Government Agency. No |
| | Contacted a Congressional Representative.   No |
| | Please Describe: No appointment has been scheduled so far for this case. There is no means to send an email to the USCIS. We contacted the Ombudsman's office |

| **Person Preparing this Form** |
|---|

| | |
|---|---|
| **Person Preparing This Form:** | An attorney/accredited representative |

| **Attorney/Accredited Representative** |
|---|

| | |
|---|---|
| **Attorney/Representative Information:** | Merina Shakya <br> Phone: <br><br> I have submitted a Form G-28 to USCIS as the attorney/accredited representative regarding applications or petitions related to this inquiry. A copy of my Form G-28 is attached. Yes <br><br> I am an accredited representative of a religious, charitable, social service or similar organization established in the United States and recognized by the Board of Immigration Appeals pursuant to 8 CFR 292.1.  The name and address of my organization is provided above. No <br><br> I am an attorney and a member in good standing of the bar of the highest court of the following State, territory, insular possession, or District of Columbia and am not under a court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law. [y/n value from field] [text entry from field(s) added to OCA for state/court] No <br><br> Other: No |

| **Supporting Documentation** |
|---|

| | |
|---|---|
| **Supporting** | Attachments will be faxed. No <br> Attachments will be emailed. No <br> Attachments will be mailed. No |

| Documentation: | **Do not mail original documents. Only mail copies of documents.** |
| --- | --- |
| **Verification** | |
| Signature: | Nilofar Momin<br>Merina Shakya |

Exhibit E

<u>USCIS Response to Coronavirus (COVID-19) (https://www.uscis.gov/about-us/uscis-response-to-covid-19)</u>

<u>Para tener acceso a este sitio en español, presione aquí (./es)</u>

# Check Case Processing Times

Select your form, form category, and the office that is processing your case

*Refer to your receipt notice to find your form, category, and office. For more information about case processing times and reading your receipt notice, visit the <u>More Information About Case Processing Times (./more-info)</u> page.*



**Form ***

I-130 | Petition for Alien Relative

**Form Category ***

U.S. citizen filing for a spouse, parent, or child under 21

**Field Office or Service Center ***

Potomac Service Center

**Get processing time**

## Processing time for Petition for Alien Relative (I-130) at Potomac Service Center



| Estimated processing time |
|---|
| **12** Months |

Check your case status (https://egov.uscis.gov/casestatus/landing.do) to track
the status of an immigration application, petition, or request.

## ℹ What does this processing time mean?

We generally process cases in the order we receive them. This processing time
is an estimate of how long it will take us to process your case based on the
number of pending cases we have. Each case is unique, and some cases may
take longer than others. Processing times should be used as a reference point,
not an absolute measure of how long your case will take to be completed.

Learn more about processing times (./more-info).

## ℹ When can I ask about my case?

Many routine factors impact how quickly a case is processed. We only allow
inquiries for cases that are well outside the processing time listed above.

Learn more about the Case Inquiry Date (./more-info).

Enter your receipt date below to find out if you can contact us with questions.

**When is your receipt date?**

mm/dd/yyyy 📅          Get Inquiry Date

## ↗ Other case processing times resources

**Reducing Processing Backlogs (./reducing-processing-backlogs)**

Processing Times

USCIS Response to Coronavirus (COVID-19) (https://www.uscis.gov/about-us/uscis-response-to-covid-19)

Para tener acceso a este sitio en español, presione aquí (./es)

# Check Case Processing Times

Select your form, form category, and the office that is processing your case

*Refer to your receipt notice to find your form, category, and office. For more information about case processing times and reading your receipt notice, visit the More Information About Case Processing Times (./more-info) page.*

**Form** *

| I-130 | Petition for Alien Relative | ⌄ |

**Form Category** *

| U.S. citizen filing for a spouse, parent, or child under 21 | ⌄ |

**Field Office or Service Center** *

| Nebraska Service Center | ⌄ |

**Get processing time**

## Processing time for Petition for Alien Relative (I-130) at Nebraska Service Center



Estimated processing time

**6** Months

Processing Times



Check your case status (https://egov.uscis.gov/casestatus/landing.do) to track
the status of an immigration application, petition, or request.

# ℹ What does this processing time mean?

We generally process cases in the order we receive them. This processing time
is an estimate of how long it will take us to process your case based on the
number of pending cases we have. Each case is unique, and some cases may
take longer than others. Processing times should be used as a reference point,
not an absolute measure of how long your case will take to be completed.

Learn more about processing times (./more-info).

# ℹ When can I ask about my case?

Many routine factors impact how quickly a case is processed. We only allow
inquiries for cases that are well outside the processing time listed above.

Learn more about the Case Inquiry Date (./more-info).

Enter your receipt date below to find out if you can contact us with questions.

**When is your receipt date?**

| 07/22/2020 📅 |   **Get Inquiry Date**

You can send us questions about your case by submitting a Service
Request online. (https://egov.uscis.gov/e-
request/displayONPTForm.do?entryPoint=init&sroPageType=onpt)

Note: If you submitted a VAWA, T, or U filing, you must follow the
instructions for asking questions on our Contact Us webpage.
(https://www.uscis.gov/about-us/contact-us)